STATE v. WILDS

No. 14P88.

Case below: 88 N.C. App. 69.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988.

STATE ex rel. UTILITIES COMM. v. SOUTHERN BELL

No. 37P88.

Case below: 88 N.C. App. 153.

Motion by defendants (Public Staff and Southern Bell) to dismiss appeal by plaintiff (MCI) for lack of substantial constitutional question allowed 5 May 1988. Petition by plaintiff (MCI) for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988.

Petition by plaintiff (U.S. Sprint) for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988.

Motion by defendants (Public Staff and Southern Bell) to dismiss appeal by defendant (NCLDA) for lack of substantial constitutional question allowed 5 May 1988. Petition by defendant (NCLDA) for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988.

U.S. LEASING CORP. v. EVERETT, CREECH,
          HANCOCK & HERZIG

No. 82P88.

Case below: 88 N.C. App. 418.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988.

U.S. LEASING CORP. v. EVERETT, CREECH,
          HANCOCK & HERZIG

No. 114P88.

Case below: 88 N.C. App. 418.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988.